**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA, *et al.*, *ex rel.*
HENRY O'DELL,                        )
                                     )
                Plaintiffs,          )        No. 13cv12677-NMG
                                     )
v.                                   )
                                     )        **FILED UNDER SEAL**
STRATA PATHOLOGY SERVICES, INC., *et al.*,  )
                                     )
                Defendants.          )
                                     )

## ORDER

The United States having moved to unseal specified documents upon the filing of its

notice of intervention in the above action pursuant to the False Claims Act, 31 U.S.C.

§ 3730(b)(4),

IT IS ORDERED that,

1.      Effective as of September 30, 2015, the date of the United States filing its Notice

of Intervention, *nunc pro tunc*, the relator's complaint and the Notice of Intervention is unsealed;

2.      All other papers or orders on file in this matter prior to September 30, 2015, shall

remain under seal absent further Order of this Court; and

3.      All pleadings that are filed in this action after the filing of the United States'

Notice of Intervention shall not be sealed absent further order of the Court.

Dated:   10/19/15              Nathaniel M. Gorton
                               NATHANIEL M. GORTON
                               UNITED STATES DISTRICT JUDGE